# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MARTINEZ,<br><br>   Plaintiff,<br><br> v.<br><br>SPRUCE HOLDINGS, LLC,<br><br>   Defendant. | Case No. 1:21-cv-000739-AWI-SAB<br><br>ORDER EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING PURSUANT TO THE PARTIES' STIPULATION AND CONTINUING MANDATORY SCHEDULING CONFERENCE TO NOVEMBER 9, 2021<br><br>(ECF No. 5) |

  On February 4, 2021, Kim Martinez, individually and as successor in interest to the Estate of Bonnie Van Tassel ("Plaintiff"), filed this action in the Tulare County Superior Court against Spruce Holdings, LLC ("Defendant"). (ECF No. 1-3.) On May 7, 2021, Defendant removed the action to the Eastern District of California. (ECF No. 1.) On May 10, 2021, the Court ordered Defendant to file a responsive pleading within seven (7) days of entry of the order. (ECF No. 4.) On May 11, 2021, the parties filed a stipulated request to extend the time for Defendant to file a responsive pleading until June 14, 2021. (ECF No. 5.)

/ / /

/ / /

/ / /

/ / /

1

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The deadline for Defendant to file a responsive pleading is extended to **June 14, 2021**;

2. The scheduling conference set for June 24, 2021 is CONTINUED to **November 9, 2021, at 11:00 a.m.** in Courtroom 9; and;

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **May 12, 2021**

_____
UNITED STATES MAGISTRATE JUDGE